Case 1:17-cv-06407-FB-RER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 05 2017 ★

BROOKLYN OFFICE

ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

Civ. No.: 17-cv-6407

Plaintiff,

-against-

**JUDGMENT**

INSOMNIA COOKIES, LLC.

Defendant.

HAVING CONSIDERED Plaintiff's Unopposed Motion for Entry of Judgment, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is therefore ORDERED that Defendant Insomnia Cookies, LLC and its parents, subsidiaries, and related entities bring their websites into substantial conformance with the Web Content Accessibility Guidelines (WCAG) 2.0 Level AA, which are hereby determined by the Court to be an appropriate standard to judge whether Defendant is in compliance with the accessibility requirements of the ADA.

Defendant is ORDERED, within six months of the date of this Judgment, to create and include a hyper link on its Web site titled *Notice of Accessibility* which directs end-users to a webpage with contact information for disabled individuals who have questions, concerns or difficulties using the Web site.

On or before December 31, 2019, Defendant shall improve the accessibility of its Web site and provide individuals with visual disabilities full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered through the Web site by having it substantially conform with WCAG 2.0 Level AA as a guideline in making such improvements.  Defendant may link to third-party Web sites and shall not be responsible or liable for the state of their accessibility to individuals with disabilities. IT IS FURTHER

Case 1:17-cv-06407-FB-RER

ORDERED that this Court shall retain jurisdiction to enforce the implementation of Defendant's compliance with WCAG 2.0 Level AA, including assessing and awarding any damages, costs, or legal fees reasonably and necessarily incurred by Plaintiff's counsel in post-judgment enforcement proceedings.

SO ORDERED in New York, New York, this 30 day of November, 2017.

s/Frederic Block<br>United States District Judge

The Clerk is directed to close this case.